IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    **LAGALE BROWN** : **CIVIL ACTION NO. 21-CV-3424**
:

## ORDER

AND NOW, this 29th day of November, 2021, upon consideration of Plaintiff Lagale Brown's Motion to Proceed *In Forma Pauperis* (ECF No. 15) and *pro se* Amended Complaint (ECF No. 28), it is **ORDERED** that:

1. Ms. Brown is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** in its entirety pursuant to 28 U.S.C. § 1915(e)(2)B)(i) for the reasons stated in the Court's Memorandum.

3. All other pending motions (ECF Nos. 16, 17, 19, 20, 25, 29, 30, 32, 35, 38), which the Court has carefully reviewed, are **DISMISSED AS MOOT**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.